**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELIZABTH MUNIZ,

                      Plaintiff,                19 **CIVIL** 4783 (RWL)

         -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 24, 2020, that the decision of the Commissioner of Social Security be, and hereby is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         April 27, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          Clerk of Court
                                        BY:
                                                           Deputy Clerk